

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2017

No. 04-16-00655-CV

**IN THE ESTATE OF RAMIRO AGUILAR, JR.**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

This is an appeal from an order imposing sanctions. The underlying suit is for the probate of a will and issuance of letters testamentary. Although the trial court imposed sanctions, it appears that no final judgment has been rendered by the trial court and that the sanctions order is interlocutory. This court has jurisdiction to consider an appeal of an interlocutory order only if expressly authorized by statute. *See* TEX. R. CIV. P. 215.1(d), 215.2(b)(8) (providing sanctions order may be challenged in an appeal from a final judgment).

Accordingly, we **order** a response due by January 23, 2017, showing cause why this appeal should not be dismissed for want of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All deadlines in this matter are suspended until further order of the court. Appellant has the burden to request the trial court clerk prepare a supplemental clerk's record containing all pleadings and orders necessary to establish this court's jurisdiction. Appellant must file a copy of any request for a supplemental record with this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court